UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION (21 MC 102)

-----------------------------------------------------------------x

ROSA AZCARATE,

Plaintiffs,

-against-

HILLMANN ENVIRONMENTAL GROUP, LLC
(See Defendants' List)
Defendants,

-----------------------------------------------------------------x

**Case No.: 21 MC 102 (AKH)**
**NOTICE OF APPEARANCE**
**Docket No.: 06 CV 14477**
**ELECTRONICALLY FILED**

To: The Clerk of the Court and All Parties of Record:

**PLEASE TAKE NOTICE** that the undersigned hereby, admitted to practice before this court,
appears as attorneys for **HILLMANN ENVIRONMENTAL GROUP, LLC**, in this action.

Dated:  New York, N.Y.
        March 20, 2009

_____
Salvatore J. Calabrese, Esq. (5133)
AHMUTY DEMERS & MCMANUS
123 William Street
New York, N.Y. 10038
(212) 513-5789 (Dial)
(212) 513- 7843 (Fax)

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK:  CITY OF NEW YORK:

      Christopher M. Shkreli, being duly sworn, says, I am not a party to the action, am over 18 years of age and reside at White Plains, New York.

      On March 20, 2009 I filed with the USDC pursuant to ECF filing instructions under Case No.: 1:21-mc-00102-AKH and emailed a true copy of the annexed DEFENDANT HILLMAN ENVIRONMENTAL GROUP LLC NOTICE OF ADOPTION by electronic mailing the same to the following parties at their last known electronic mailing address:

Paul Napoli, Esq.
WORBY GRONER EDELMAN
NAPOLI & BERN, LLP
115 Broadway, 12th Floor
New York, New York 10006
(877) 982-4376
ShelleneBousher@NapoliBern,com

Robert A. Grochow, Esq.
ROBERT A. GROCHOW, P.C.
233 Broadway, 5th Floor
New York, New York 10279
(212) 608-4400
rgrochow@aol.com

Gregory J. Cannata, Esq.
LAW OFFICES OF GREGORY J. CANNATA
233 Broadway, 5th Floor
New York, New York 10279
Liaison Counsel for Plaintiffs
(212) 553-9206
cannata@cannatalaw.com

All parties indicated on the
**SERVICE RIDER**

_____
Christopher M. Shkreli

Sworn to before me this
20th day of March 2009

_____
Gail E. Mizell

GAIL E. MIZELL
Notary Public, State of New York
No. 01MI6151742
Qualified in Richmond County
Commission Expires August 21, 10