UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
IN RE COMBINED WORLD TRADE CENTER AND            21 MC 102 (AKH)
LOWER MANHATTAN DISASTER SITE LITIGATION         21 MC 103 (AKH)
-----------------------------------------------------------------------

Rosa Azcarate,                                   Case No.: 06cv14477

                          Plaintiff,     **NOTICE OF ADOPTION OF MASTER ANSWER TO FIRST AMENDED COMPLAINT OF WILLIAM F. COLLINS, AIA ARCHITECT, LLP i/s/h/a WILLIAM F. COLLINS ARCHITECTS**

     -against-

WILLIAM F. COLLINS ARCHITECTS, et al.

                         Defendants.
------------------------------------------------------------------------X

Defendant **WILLIAM F. COLLINS, AIA ARCHITECT, LLP i/s/h/a WILLIAM F. COLLINS ARCHITECTS** hereby adopts as its Answer in the instant case its Master Answer to First Amended Complaint in this litigation which was filed and served on July 20, 2009. In accordance with Case Management Order No. 4, the allegations of the instant Check-Off Complaint are deemed to be denied. By way of further answer, **WILLIAM F. COLLINS, AIA ARCHITECT, LLP i/s/h/a WILLIAM F. COLLINS ARCHITECTS** also incorporates by reference all averments and denials of its Master Answer to First Amended Complaint as though same were more fully set forth herein at length.

4812-9810-4580.1

Dated: New York, New York
       July 24, 2009

                              LEWIS BRISBOIS BISGAARD & SMITH, LLP

                              */s/ David M. Pollack*
By: _____
                              David M. Pollack (DP-6143)
                              Christopher A. Long (CL-1169)
                              *Attorneys for Defendant*
                              **WILLIAM F. COLLINS, AIA ARCHITECT, LLP i/s/h/a WILLIAM F. COLLINS ARCHITECTS**
                              199 Water Street, 25th Floor
                              New York, New York 10038
                              (212) 232-1300

## CERTIFICATION OF SERVICE

I, DAVID M. POLLACK, hereby certify that a true and correct copy of defendant **WILLIAM F. COLLINS, AIA ARCHITECT, LLP i/s/h/a WILLIAM F. COLLINS ARCHITECTS** Notice of Adoption of Master Answer to First Amended Complaint was served this 3rd day of August, 2009 via ECF upon the following:

Gregory J. Cannata, Esq.
The Law Firm of Gregory J. Cannata
233 Broadway – 5th Floor
New York, NY  10279

Robert Grochow, Esq.
The Law Firm of Gregory J. Cannata
233 Broadway – 5th Floor
New York, NY  10279

Christopher R. LoPalo, Esq.
Worby Groner Edelman & Napoli Bern, LLP
350 Fifth Avenue, Suite 7413
New York, NY  10019

Richard Williamson, Esq.
Fleming Zulack Williamson Zauder, LLP
One Liberty Plaza
New York, NY  10006

James Tyrell, Esq.
Patton Boggs, LLP
One Riverfront Plaza, 6th Floor
Newark, NJ  07102

Andrew Carboy, Esq.
Sullivan, Papain, Block, McGrath & Cannavo, P.C.
120 Broadway
New York, NY  10006

Peter Weiss, Esq.
The City of New York Law Department
World Trade Center Unit
100 Church Street
New York, NY  10007

All Parties of Record

/s/
_____
David M. Pollack (DP-6143)

4812-9810-4580.1